### MOORE v. NYE.

(Supreme Court, General Term, Third Department.   February 16, 1893.)

Action by John M. Moore against Laura M. Nye.
No opinion.   Motion granted, without costs.   See 21 N. Y. Supp. 94.

---

### PEOPLE ex rel. EDISON ELECTRIC LIGHT CO., Appellant, v. CAMPBELL, Comptroller, Respondent.

(Supreme Court, General Term, Third Department.   February 16, 1893.)

Certiorari by the Edison Electric Light Company against Frank Campbell, comptroller of the state of New York, to review respondent's decision in declining to set aside taxes assessed on the relator, under the corporation tax laws for the year ending November 1, 1891.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Eaton & Lewis, (W. Laird Goldsborough, of counsel,) for appellant.
Simon W. Rosendale, Atty. Gen., for respondent.

HERRICK, J.   The conclusion reached by this court in the case of People v. Wemple, 18 N. Y. Supp. 511, I think disposes of this case.   The determination of the comptroller should be affirmed.   Let an order be entered accordingly, with costs and printing disbursements.   All concur.

---

### In re WESTON'S WILL.

(Supreme Court, General Term, Third Department.   February 16, 1893.)

In the matter of the will of Samuel Weston, deceased.
No opinion.   Motion granted by adding to the order "with costs to abide the event," without costs.

---

### CARPENTER, Appellant, v. CARPENTER, Respondent.

(Supreme Court, General Term, Third Department.   March 2, 1893.)

Action by Anna S. Carpenter against Hiland Carpenter.
No opinion.   Order affirmed, with $10 costs and printing and other disbursements.   See 17 N. Y. Supp. 195.

---

### VAUGHN, Respondent, v. STRONG, Appellant.

(Supreme Court, General Term, Third Department.   March 2, 1893.)

Action by Nannie L. Vaughn against Mary M. Strong, as administratrix, etc.
No opinion.   Motion for reargument denied, with $10 costs.   See 21 N. Y. Supp. 550.

---

(66 Hun, 631.)

### BELL, Respondent, v. SPENCER, Appellant.

(Supreme Court, General Term, Fourth Department.   December 9, 1892.)

Action by William M. Bell against W. Ward Spencer.
No opinion.   Judgment of the county court affirmed, with costs.